IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LORENZO JACOB HAWES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-170 |
| | ) | |
| FEDERAL COMMUNICATION COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections and a Motion to Withdraw Objections have been filed. (Doc. nos. 10, 11.) Accordingly, the Court **GRANTS** Plaintiff's Motion to Withdraw Objection (doc. no. 11), **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's Motion to Appoint Counsel and Motion to Amend (doc. nos. 3, 5), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 21st day of February, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA